IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCUS GRAY (PKA Flame), et al.,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON (PKA Katy Perry), et al.,<br><br>*Defendants-Appellees.* | No. 20-55401<br><br>D.C. No. 2:15-cv-05642<br><br>Central District of California Los Angeles |

**APPELLANTS' RULE 27-14 MOTION FOR LEAVE TO TRANSMIT PHYSICAL EXHIBITS TO THE COURT**

Pursuant to Circuit Rule 27-14, Plaintiffs-Appellants respectfully move for leave to transmit to the Court copies of the following four trial exhibits:

- Exhibit 56: The music album *Prism*, which includes the song "Dark Horse";

- Exhibit 74: The sound recording of the instrumental music track for the song "Dark Horse";

- Exhibit 75: The sound recording of the song "Joyful Noise" as it appears on the *Our World Redeemed* album; and

- Exhibit 76: The sound recording of the song "Dark Horse" as it appears on the *Prism* album.

In support of this motion, Plaintiffs state as follows:

1.     This is the appeal of a music copyright infringement lawsuit.

2.     The central issue on appeal is whether the ostinato melody in defendants' song "Dark Horse" (Trial Exhibit 76), which is included on the Katy

Perry *Prism* album (Trial Exhibit 56)) is substantially similar to the ostinato in

plaintiff's song "Joyful Noise" (Trial Exhibit 75).

3.      One of the factual issues concerns the instrumental version of what

eventually became "Dark Horse," a portion of which was played for Ms. Perry

prior to the creation of the song. That instrumental portion is included in Exhibit

74.

4.      Thus, all four of these physical exhibits are necessary to the

understanding of and resolution of the "substantial similarity" issue before the

court.

Accordingly, the Court should grant this motion for leave to transmit copies

of those four trial exhibits to the Court.

<div style="margin-left:50%">

Respectfully submitted,

/s/Michael A. Kahn
Michael A. Kahn
kahn@capessokol.com
Capes Sokol
8182 Maryland Ave., 15th Floor
Clayton, MO 63105
Tel: 314-505-5406

Attorneys for Plaintiffs-Appellants

</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Michael A. Kahn