# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCUS GRAY (PKA Flame), et al., *Plaintiffs-Appellants*, v. KATHERYN ELIZABETH HUDSON (PKA Katy Perry), et al., *Defendants-Appellees.* | No. 20-55401 D.C. No. 2:15-cv-05642 Central District of California Los Angeles |

## APPELLANTS' NOTICE OF SUBMISSION
## OF THREE ADDITIONAL COPES OF AUDIO CD EXHIBIT 56

In accordance with the Court's Order of April 23, 2021, Appellants provide this notice of their submission to the Court of three additional copies of Audio CD Exhibit 56.

These additional copies have been sent to the Court today via Federal Express and are scheduled for delivery on or before Friday, April 30, 2021.

Respectfully submitted,

/s/Michael A. Kahn
Michael A. Kahn
kahn@capessokol.com
Capes Sokol
8182 Maryland Ave., 15th Floor
Clayton, MO 63105
Tel: 314-505-5406

Attorneys for Plaintiffs-Appellants

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2021, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Michael A. Kahn